**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

---

SHUANGQUAN CHEN,

     Petitioner,

v.                                      No. 1:26-cv-01499-MLG-GJF

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security, et al.,

     Respondents.

**ORDER DENYING HABEAS CORPUS PETITION AND
MOTION FOR PRELIMINARY INJUNCTION AS MOOT**

On May 12, 2026, Petitioner Shuangquan Chen filed a Petition for Writ of Habeas Corpus ("Petition"), Doc. 1, challenging the lawfulness of his immigration detention at Torrance County Detention Facility without an individualized custody determination or a reasonably foreseeable timeline for removal. *Id.* at 2, 10-14 ¶¶ 4, 41-57. As a remedy to these alleged due process and Immigration and Nationality Act ("INA") violations, he requested that the Court order his immediate release from federal immigration custody.[1] *Id.* at 2 ¶ 1; *see also id.* at 17 (asking the Court for related injunctive relief). The Court required Respondents to show cause why Chen's Petition should not be granted. *See* Doc. 4. On May 22, 2026, Chen notified the Court that Respondents released him from immigration custody. Doc. 7. He asked the Court to dismiss his case. *Id.*

Since Chen's requested relief is no longer available, the Court—without reaching the merits of his constitutional or INA challenges to his immigration detention—hereby denies Chen's Petition for Writ of Habeas Corpus, Doc. 1, and Emergency Motion for a Preliminary Injunction,

---

[1] Chen also filed an Emergency Motion for a Preliminary Injunction, Doc. 2. The requested relief, as well as the alleged grounds for such relief, was substantially similar to his Petition.

1

Doc. 2, as moot. Final judgment will be entered contemporaneously pursuant to Federal Rule of Civil Procedure 58(a).

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

2